JS-6

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GABRIEL F. ESPINOZA, an individual,

Plaintiff,

v.

FIRST GUARANTY FINANCIAL CORP.; BAC HOME LOANS SERVICING LP; and DOES 1-50, inclusive,

Defendants.

Case No. EDCV-10-1888-R(OPx)

Hon. Manuel L. Real
Courtroom 8

**JUDGMENT OF DISMISSAL**

WHEREAS, on March 21, 2011, the Court granted a Motion to Dismiss Plaintiff Gabriel F. Espinoza's Complaint, with prejudice. *See* Court Docket No. 14. The Motion to Dismiss was brought by Defendant BAC Home Loans Servicing, LP.

NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims in the Complaint of Plaintiff Gabriel F. Espinoza are DISMISSED as to Defendant BAC Home Loans Servicing, LP.

**SUCH JUDGMENT IS HEREBY ENTERED.**

Dated: April 9, 2011

Hon. Manuel L. Real
United States District Court Judge
Central District of California

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414